United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDY'S BP, INC., a California corporation, SABEK, INC., a California corporation, and ANDY SABERI, an individual,<br><br>             Plaintiffs,<br><br>     v.<br><br>THE CITY OF SAN JOSE, JOSEPH HORWEDEL, individually, and AMIR SHIRAZI, individually and d/b/a MOE'S STOP, and AMIR SHIRAZI, as Trustee for the MOHAMMAD M. SHIRAZI LIVING TRUST, and DOES 1-25, inclusive,<br><br>             Defendants. | Case No.: 12-CV-01631-LHK<br><br>ORDER VACATING HEARING ON MOTIONS TO DISMISS |

Pursuant to Civil Local Rule 7-1(b), the Court finds Defendants' Motions to Dismiss appropriate for determination without oral argument. Accordingly, the case management conference and hearing on Defendants' motions scheduled for February 7, 2013, are hereby VACATED. The Court will issue an order on the Motions to Dismiss shortly.

**IT IS SO ORDERED.**

Dated: February 5, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01631-LHK
ORDER VACATING HEARING ON MOTIONS TO DISMISS